JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>  Plaintiffs,<br><br>  v.<br><br>LOGIC TECHNOLOGY DEVELOPMENT LLC, a Florida limited liability company, and DOES 1-5, Inclusive,<br><br>  Defendant. | Case No. CV 14-8160-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

1   In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures
2   B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Logic
3   Technology Development, LLC ("Logic"), the Court hereby ORDERS as follows:
4        1.   All claims between Fontem and Logic in Case No. CV14-8160 shall
5   be dismissed with prejudice.
6        2.   Fontem and Logic shall each bear its own fees and costs.
7
    **IT IS SO ORDERED**.
8
9
    DATED:  December 2, 2015                    _____
10                                               Honorable George H. Wu
                                                 United States District Judge
11